# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AMMON RA SUMRALL,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. THOMAS SCHOBURG, *et al.,*<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:24-cv-00250-TES-TQL |

**ORDER**

The Northern District of Georgia transferred this case to this Court on July 25, 2024, but then vacated its transfer order on October 23, 2024. *See* [Doc. 3]; Order, Sumrall v. Schoburg, 1:24-cv-2990-VCM (N.D. Ga. Oct. 23, 2024); *see also Daker v. Bryson*, 841 F. App'x 115, 124 (11th Cir. 2020) (citations omitted) (recognizing that a transferor court retains jurisdiction to reconsider its own transfer order). Because of the vacatur, the Court now **TRANSFERS** this case back to the Northern District of Georgia. *See* 28 U.S.C. § 1404(a). Since the case is already opened there, the Court **DIRECTS** the Clerk of Court to close this case.

**SO ORDERED**, this 24th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**